## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **STEVEN ESTOPARE,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) Case No. 4:24-cv-00428-HEA |
| v. | ) |
| | ) |
| **CITY OF ST. LOUIS,** | ) |
| | ) |
| **DEFENDANT,** | ) |

### DEFENDANT'S NOTICE OF SETTLMENT

COMES NOW Defendant, City of St. Louis, by and through undersigned counsel and hereby moves to dismiss Plaintiff's case with prejudice. Parties reached a settlement agreement on October 16, 2024 and Plaintiff has confirmed receipt of settlement proceeds. Each party to bear its own costs.

    Respectfully Submitted,
    MICHAEL GARVIN
    CITY COUNSELOR

    /s/ Rachael Hagan
    Rachael Hagan #74923
    Assistant City Counselor
    1200 Market Street
    City Hall, Room 314
    St. Louis, MO 63103
    314.622.4618
    FAX: 314.622.4956
    HaganR@stlouis-mo.gov

    *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 30, 2025 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all parties and served upon the Plaintiff via certified mail.

                                      /s/ Rachael Hagan